■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL SALAZAR, Appellant. [680 NYS2d 838] —Judgment, Supreme Court, New York County (Charles Tejada, J.), rendered June 12, 1997, convicting defendant, after a jury trial, of grand larceny in the fourth degree, and sentencing him, as a second felony offender, to a term of 1½ to 3 years, unanimously affirmed.

The court's *Sandoval* ruling was a proper exercise of discretion in which the court carefully balanced the critical factors (*see, People v Walker*, 83 NY2d 455, 459), and permitted the People to inquire as to whether defendant had used different birth dates and birthplaces and as to whether defendant had been convicted of four prior misdemeanors and one felony, but precluded inquiry as to what those crimes were or into their underlying facts. Concur—Rosenberger, J. P., Nardelli, Wallach and Rubin, JJ.

■ In the Matter of HECTOR GONZALEZ, Appellant, v PEOPLE OF THE STATE OF NEW YORK, Respondent. [680 NYS2d 839] —Order, Supreme Court, New York County (Lottie Wilkins, J.), entered on or about April 5, 1996, unanimously affirmed, without costs.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal. We have considered and reject appellant's *pro se* claims. Concur—Rosenberger, J. P., Nardelli, Wallach and Rubin, JJ.

■ In the Matter of THE PEOPLE OF THE STATE OF NEW YORK ex rel. HECTOR GONZALEZ, Appellant, v NEW YORK STATE DIVISION OF PAROLE, Respondent. [680 NYS2d 839] —Judgment, Supreme Court, Bronx County (Robert Seewald, J.), entered on or about May 30, 1996, unanimously affirmed, without costs.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal. We have considered and reject appellant's *pro se* claims. Concur—Rosenberger, J. P., Nardelli, Wallach and Rubin, JJ.